# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Samuel C. Rogers,

    Plaintiff,   Case No. 19-12954

v.          Judith E. Levy
          United States District Judge

Friend of the Court, *et al*,

          Mag. Judge Anthony P. Patti

    Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEES OR REQUEST TO PROCEED *IN FORMA PAUPERIS*

On October 8, 2019, Plaintiff Samuel Rogers filed a complaint in this case. (ECF No. 1.) On October 10, 2019, the Clerk noted that Plaintiff had failed to either pay the filing fee or apply to proceed without prepaying fees. On January 2, 2020, the Court ordered Plaintiff to comply with the Clerk's request by January 24, 2020, or face dismissal of the case. (ECF No. 5.) As of this date, Plaintiff has neither paid the fee nor applied to proceed *in forma pauperis*.

Therefore, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: February 5, 2020       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 5, 2020.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager